USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 6/4/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

**GORGONIO SOLANO, et al.,**

                              **Plaintiffs,**

        **-against-**

**ANDIAMO CAFE CORP, et al.,**

                            **Defendants.**

------------------------------------------------------------------X

**19-CV-03264 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        The Court's April 1, 2020 Order, ECF No. 20, extended the deadline to complete discovery to June 1, 2020. By June 15, 2020, the parties shall file a joint letter indicating whether either party intends to move for summary judgment and if not, whether the parties request a bench or jury trial. In addition, the parties should also indicate whether they would like to schedule a telephonic settlement conference with me or another magistrate judge, or be referred to the Court's mediation program.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      June 4, 2020
                New York, New York