UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GORGONIO SOLANO, et al.,

                                 **Plaintiffs,**                              **19-CV-03264 (SN)**

               -against-                                              **ORDER**

ANDIAMO CAFE CORP, et al.,

                                 **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiffs' June 16, 2020 letter, ECF No. 15, stated that Plaintiffs intend to file a dispositive motion in this case. A telephonic pre-motion conference is scheduled for Friday, June 26, 2020, at 10:00 a.m. The purpose of the conference is to discuss whether it is more efficient to brief dispositive motions or to proceed to trial, and to impose a briefing schedule if appropriate. To appear, the parties shall call the Court's designated teleconference line at (877) 402-9757, and enter Access Code 793-8632, followed by the pound (#) key.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:       June 16, 2020
                  New York, New York