UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GORGONIO SOLANO, et al.,

                              **Plaintiffs,**

            -against-

**ANDIAMO CAFE CORP, et al.,**

                              **Defendants.**

-----------------------------------------------------------------X

**19-CV-03264 (SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2020

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiffs filed a motion for summary judgment on August 12, 2020. ECF No. 28. Defendants have not opposed the motion and Plaintiffs' September 3, 2020 letter, ECF No. 32, represents that Defendants do not intend to. Accordingly, Plaintiff's motion for summary judgment is unopposed and ready for judicial resolution.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     September 8, 2020
                New York, New York