**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GORGONIO SOLANO, et al.,

                Plaintiffs,                          19 **CIVIL** 3264 (SN)

        -against-                           **JUDGMENT**

ANDIAMO CAFÉ CORP., et al.,

                Defendants.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 17, 2020, the plaintiffs' motion for summary judgment is GRANTED. Defendants are jointly and severally liable for the following damages: (1) Plaintiff Anai Balbuena is entitled to $4,340 in actual minimum wage damages and $15,067.50 in actual overtime damages, with prejudgment interest at a rate of nine percent per year beginning to accrue on October 20, 2018, to the date of the order, in the amount of $3,636.91. She is also entitled to $19,407.50 in liquated damages. (2) Plaintiff Lorenzo Policao Ortega is entitled to $1,480 actual minimum wage damages, $45,812.44 in actual overtime damages, and $3,432 in actual "spread of hours" damages, with prejudgment interest at a rate of nine percent per year beginning to accrue on May 1, 2018, to the date of the order, in the amount of $11,656.89. He is also entitled to $50,724.44 in liquated damages. (3) Plaintiff Gorgonio Solano is entitled to $168,270.75 in actual overtime wage damages and $11,728 in actual "spread of hours" damages, with prejudgment interest at a rate of nine percent per year beginning to accrue on December 17, 2016, to the date of the order, in the amount of $63,556.82. He is also entitled to $179,998.75 in liquidated damages. (4) Each plaintiff is entitled to $10,000 in statutory wage-notice damages under the NYLL. (5) Each plaintiff is entitled to reasonable attorneys' fees and costs, to be determined upon further submissions to the Court.

**Dated:**  New York, New York
          November 18, 2020

                                              **RUBY J. KRAJICK**
                                                   **Clerk of Court**
                          **BY:**     *K. Mango*
                                                      **Deputy Clerk**