**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SAMUEL & STEIN**
David Stein (DS 2119)
38 West 32nd Street, Suite 1110
New York, New York 10001
(212) 563-9884
dstein@samuelandstein.com

Attorneys for Plaintiffs

| | |
|---|---|
| Gorgonio Solano, Anai Balbuena, and Lorenzo Policao Ortega, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- vs. –<br><br>Andiamo Café Corp. d/b/a Andiamo Cafe, Julio Vivar and Lucio Vivar,<br><br>Defendants. | DOCKET NO. 19-cv-3264 (SN)<br><br>**[PROPOSED] JUDGMENT** |

The Court having granted summary judgment to plaintiffs on November 17, 2020, finding that defendants had violated the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"), and plaintiffs being entitled to reasonable attorneys' fees and costs pursuant to the FLSA, 29 U.S.C. § 216(b) and NYLL § 198, and plaintiffs having submitted an application for such fees and costs pursuant to the Court's Order of November 17, 2020, with supporting documentation, it is hereby

ORDERED, ADJUDGED AND DECREED: that plaintiffs Gorgonio Solano, Anai Balbuena, and Lorenzo Policao Ortega have judgment against defendants Andiamo Café Corp. d/b/a Andiamo Cafe, Julio Vivar and Lucio Vivar, jointly and severally, in

the amount of $11,910.00 in attorneys' fees and $640.00 in costs, for a total of $12,550.00.

Dated: New York, NY
_____, 2020

SO ORDERED:

_____
Sarah Netburn
United States Magistrate Judge