```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/01/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**GORGONIO SOLANO, et al.,**

                **Plaintiffs,**

       -against-                                   1:19-CV-03264 (SN)

                                                        **JUDGMENT**

**ANDIAMO CAFÉ CORP., et al.,**

                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**

      The Court having granted summary judgment to plaintiffs on November 17, 2020, finding that defendants had violated the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"), and plaintiffs being entitled to reasonable attorneys' fees and costs pursuant to the FLSA, 29 U.S.C. § 216(b) and NYLL § 198, and plaintiffs having submitted an application for such fees and costs pursuant to the Court's Order of November 17, 2020, with supporting documentation, it is hereby

      ORDERED, ADJUDGED AND DECREED: that plaintiffs Gorgonio Solano, Anai Balbuena, and Lorenzo Policao Ortega have judgment against defendants Andiamo Café Corp. d/b/a Andiamo Cafe, Julio Vivar and Lucio Vivar, jointly and severally, in the amount of $11,910.00 in attorneys' fees and $640.00 in costs, for a total of $12,550.00.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
Dated: June 1, 2021                                  United States Magistrate Judge
       New York, New York